1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
3  San Jose, California 95112
   Telephone: (408) 293-0463
4  Facsimile: (408) 293-9514

5  Attorneys for Defendant
   COUNTY OF SAN BENITO

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | WILLIAM D. ANDREWS,                    ) Case No. C07-02918-HRL
12 |     Plaintiff,                         ) **DEFENDANT JEFFERSON COUNTY'S NOTICE OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. PROC. 6(b) AND CIVIL L.R. 6-3**
13 | vs.                                    )
14 | JEFFERSON COUNTY COLORADO              )
   | DEPARTMENT OF HUMAN                    )
15 | SERVICES DIVISION OF                   ) Date:  July 24, 2007
   | CHILDREN, YOUTH AND                    ) Time:  10:00 a.m.
16 | FAMILIES,                              ) Dept.: 2
   |                                        ) Judge: Magistrate Judge Howard R. Lloyd
17 |     Defendant.                         )

19 TO PLAINTIFF WILLIAM D. ANDREWS:

20     PLEASE TAKE NOTICE that on July 24, 2007, at 10:00 a.m. in Department 2 of the

21 above-named Court, Defendant Jefferson County Colorado Department of Human Services

22 Division of Children, Youth and Families ("Defendant County") will move this Court for an

23 order for enlargement of time or until August 31, 2007, for Defendant County to respond to

24 ///
25 ///
26 ///
27 ///
28 ///

1  the complaint pursuant to Fed. R. Civ. Proc. 6(b) and Civil L.R. 6-3.

                                                            Respectfully submitted,

Dated:  July 10, 2007             RANKIN, LANDSNESS, LAHDE,
                                                          SERVERIAN & STOCK

                                                    By:  /s/ Michael C. Serverian
                                                           MICHAEL C. SERVERIAN, Attorneys for
                                                           Defendant JEFFERSON COUNTY
                                                           COLORADO DEPARTMENT OF HUMAN
                                                           SERVICES DIVISION OF CHILDREN,
                                                           YOUTH AND FAMILIES