1  MICHAEL C. SERVERIAN (SBN 133203)
2  **RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
3  96 North Third Street, Suite 500
   San Jose, California 95112
   Telephone:  (408) 293-0463
4  Facsimile:  (408) 293-9514

5  Attorneys for Defendant
   COUNTY OF SAN BENITO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  WILLIAM D. ANDREWS,              )  Case No.  C07-02918-HRL
                                     )
12            Plaintiff,             )  **DECLARATION OF MICHAEL C.
                                     )  SERVERIAN IN SUPPORT OF MOTION
13  vs.                              )  FOR ENLARGEMENT OF TIME TO
                                     )  RESPOND TO COMPLAINT PURSUANT
14  JEFFERSON COUNTY COLORADO        )  TO FED. R. CIV. PROC. 6(b) AND CIVIL
    DEPARTMENT OF HUMAN              )  L.R. 6-3
15  SERVICES DIVISION OF             )
    CHILDREN, YOUTH AND              )
16  FAMILIES,                        )  Date:    July 24, 2007
                                     )  Time:    10:00 a.m.
17            Defendant.             )  Dept.:   2
                                     )  Judge:   Magistrate Judge Howard R. Lloyd
18  _____ )

19       I, Michael C. Serverian, declare as follows:

20       1.       I am an attorney duly admitted and authorized to practice law in the State of

21  California, and am a member of the law firm of Rankin, Landsness, Lahde, Serverian &

22  Stock, counsel for Defendant Jefferson County Colorado Department of Human Services

23  Division of Children, Youth and Families ("Defendant County").  I am duly admitted and

24  authorized to practice law before the United States District Court, Northern District of

25  California.

26       2.       During the week of July 2, 2007, Defendant County retained Rankin, Landsness,

27  Lahde, Serverian & Stock as local counsel in the defense of the above-entitled matter.

28       3.       On July 5, 2007, Plaintiff William D. Andrews ("Plaintiff") informed my office that

1 | he served Defendant County with the complaint on June 14, 2007.

2 |     4.    On July 6, 2007, I wrote to Plaintiff requesting a copy of the proof of service in

3 | regards to the complaint.  I additionally requested that Plaintiff stipulate to an extension of

4 | time for Defendant County to respond to the complaint or until August 31, 2007.  I additionally

5 | advised Plaintiff that the extension of time was being requested for the purpose of permitting

6 | Defendant County to explore the possibility of filing a motion to dismiss based on the juvenile

7 | dependency proceedings presently pending in Colorado.  A true and correct copy of my July

8 | 6, 2007 letter is attached hereto as Exhibit A and is incorporated herein by this reference.

9 |     5.    On July 6, 2007, Plaintiff telephoned my office to advise me of his opposition to

10 | the extension request.

11 |     I declare under penalty of perjury that the foregoing is true and correct.  Executed this

12 | 10th day of July 2007 at San Jose, California.

/s/ Michael C. Serverian
Michael C. Serverian

**DECLARATION OF MICHAEL C. SERVERIAN IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. PROC. 6(b) AND CIVIL L.R. 6-3**

Exhibit A

LAW OFFICES
## RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

BERNARD P. LAHDE
MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: rankinlaw@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

**SAN CARLOS OFFICE**
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

July 6, 2007

## Via Facsimile and U.S. Mail

William D. Andrews
932 College Drive
San Jose, CA 95128-3610

Re: William D. Andrews v. Jefferson County Colorado Department of Human Services Division of Children
U.S. District Court No. C07 02918 HRL

Dear Mr. Andrews:

The undersigned law firm has been retained by the Jefferson County Attorney's Office to serve as local counsel protecting the interests of the Jefferson County Department of Human Services. You indicated yesterday that defendant was served with your federal court complaint on June 14, 2007. We are requesting that you immediately provide us with a proof of service in that regard. Our fax number is (408) 293-9514.

Defendant would request that you graciously stipulate to extending the time for defendant to respond to your complaint to August 31, 2007. The U.S. District Court – Northern District Rules provide that the parties may file a stipulation requesting an order changing time that would affect the date of an event or deadline. If you are not willing to stipulate to an extension, then please advise immediately and I will make a motion with the court. Local Rule 6-3 provides that a moving party must describe the efforts the party has made to obtain a stipulation to any time change so this letter fulfills said obligation.

If you are amenable to stipulating to this time change then please advise and I will draft a stipulation and order, forward it to you for signature and then file it with the court.

The reasons for the request is that defendant is contemplating a FRCP 12(b)(6) motion to dismiss based on the fact that similar or identical state court proceedings are currently pending in Colorado and were pending when you filed the federal action. Federal courts may not enjoin or otherwise interfere with pending state proceedings on constitutional grounds. The federal court must abstain and allow the state court to

William D. Andrews
Re: *Andrews v. Jefferson County*
July 6, 2007
Page 2

adjudicate all claims, state and federal. See Younger v. Harris (1971) 401 U.S. 37, 49-53.

Federal courts must also abstain where pending state case raises identical issues. See Colorado River Water Conservation District v. United States (1976) 424 U.S. 800, 815.

Please advise as to your position on this no later than July 11th. If I don't hear from you by then, I will prepare the motion to extend.

If you have any questions, please feel free to give me a call.

Very truly yours,

MICHAEL C. SERVERIAN

MCS/lh
cc:    Writer Mott (via email)