MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

Attorneys for Defendant
COUNTY OF SAN BENITO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES,<br><br>  Defendant. | Case No. C07-02918-HRL<br><br>DECLARATION OF WRITER MOTT IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. PROC. 6(b) AND CIVIL L.R. 6-3<br><br>Date:  July 24, 2007<br>Time:  10:00 a.m.<br>Dept.:  2<br>Judge:  Magistrate Judge Howard R. Lloyd |

I, Writer Mott, declare as follows:

1.  I am an attorney duly admitted and authorized to practice law in the State of Colorado, and am an Assistant County Attorney for Jefferson County, Colorado.

2.  On June 26, 2007, Plaintiff William D. Andrew's ("Plaintiff's") complaint in the above-entitled action was forwarded to my office via facsimile by the Jefferson County Colorado Department of Human Services Division of Children, Youth and Families (the "Department of Human Services").

3.  I have been unable to ascertain when and by what means the complaint was received by the Department of Human Services. It is my belief that this is due to the sheer number of documents received by the Department of Human Services on a daily basis.

Specifically, the Department of Human Services must sort and process numerous documents related to the social services provided by the agency.

4. Upon my June 26, 2007 receipt of the complaint, I retrieved and reviewed the files in the pending Colorado state dependency action, which concerns Plaintiff's children and Plaintiff's parental rights, to obtain a better understanding of the nature of Plaintiff's complaint.

5. Thereafter, I immediately began the process of seeking to retain local counsel in California. I was able to contact the law firm of Rankin, Landsness, Lahde, Serverian & Stock (the "Rankin firm") which is located in San Jose, California, during the week of July 2, 2007. Nevertheless, prior to my retention of the Rankin firm, I necessarily sought approval from the Jefferson County Board of County Commissioners.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July 2007 at Golden, Colorado.

_____
Writer Mott