MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

Attorneys for Defendant
COUNTY OF SAN BENITO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES,<br><br>  Defendant. | Case No. C07-02918-HRL<br><br>**[PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. PROC. 6(b) AND CIVIL L.R. 6-3**<br><br>Date:  July 24, 2007<br>Time:  10:00 a.m.<br>Dept.:  2<br>Judge:  Magistrate Judge Howard R. Lloyd |

The motion of Defendant Jefferson County Colorado Department of Human Services Division of Children, Youth and Families ("Defendant County") for an enlargement of time or until August 31, 2007, for Defendant County to respond to the complaint pursuant to Fed. R. Civ. Proc. 6(b) and Civil L.R. 6-3 came on for hearing before the Court on July 24, 2007, at 10:00 a.m. in Department 2, the Honorable Howard R. Lloyd, United States Magistrate Judge, presiding.  The parties having appeared, the Court having reviewed the parties' submissions and having heard oral argument, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The motion of Defendant County for an enlargement of time to respond to the complaint is hereby granted, and Defendant County shall have until August 31, 2007, to respond to the

1  complaint in the instant case.

4  Dated: _____           _____
                                            Honorable Howard R. Lloyd
5                                           United States Magistrate Judge