1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
3  San Jose, California 95112
   Telephone: (408) 293-0463
4  Facsimile: (408) 293-9514

5  Attorneys for Defendant
   COUNTY OF SAN BENITO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | WILLIAM D. ANDREWS,              )   Case No. C07-02918-HRL
                                      )
12 |            Plaintiff,            )   **[Proof of Service]**
                                      )
13 | vs.                              )
                                      )
14 | JEFFERSON COUNTY COLORADO        )
     DEPARTMENT OF HUMAN              )
15 | SERVICES DIVISION OF             )
     CHILDREN, YOUTH AND              )
16 | FAMILIES,                        )
                                      )
17 |            Defendant.            )
                                      )
18 | _____  )

Case Name: <u>Andrews v. Jefferson County Colorado Dept.</u>        Case No: C07-02918-HRL

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose, California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

**DEFENDANT JEFFERSON COUNTY'S NOTICE OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAIN PURSUANT TO FED. R. CIV. PROC. 6(b) AND CIVIL L.R. 6-3;**

**MEMORANDUM OF POINTS AN AUTHORITIES IN SUPPORT OF DEFENDANT JEFFERSON COUNTY'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT;**

**DECLARATION OF MICHAEL C. SERVERIAN IN SUPPORT THEREOF;**

**DECLARATION OF WRITER MOTT IN SUPPORT THEREOF;**

**[PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

[  ]   (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

[  ]   (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

[ X ]  (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

[  ]   (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

William D. Andrews (in Pro Per)
932 College Drive
San Jose, CA 95128-3610

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 10, 2007 at San Jose, California.

/s/ Katrina Andersson
Katrina Andersson