**\*E-FILED: 7/11/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS, | Case No. C07-02918 HRL |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES, | |
| Defendant. | |

On July 10, 2007, defendant filed a "Motion for Enlargement of Time to Respond to Complaint." The court sets the following briefing schedule on that motion:

- Plaintiff's opposition, if any, shall be filed by **July 18, 2007**;
- Defendant's reply, if any, shall be filed by **July 24, 2007**.

Defendant's request for an expedited hearing on July 24, 2007 is denied. Unless otherwise ordered, the matter will be deemed submitted without oral argument.

IT IS SO ORDERED.

Dated: July 11, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-2918 Notice will be electronically mailed to:**

Michael C. Serverian mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-2918 Notice will be mailed to:**

William Andrews
932 College Drive
San Jose, CA 95128

2