1  MICHAEL C. SERVERIAN (SBN 133203)
2  **RANKIN, LANDSNESS, LAHDE,**
   **  SERVERIAN & STOCK**
3  96 No. Third Street, Suite 500
   San Jose, California  95112
4  Telephone : (408) 293-0463
   Facsimile : (408) 293-9514

5  Attorneys for Defendant
6  JEFFERSON COUNTY

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WILLIAM D. ANDREWS, | ) Case No. C07-02918-HRL |
| 12          Plaintiff, | ) **CONSENT TO PROCEED BEFORE A** |
|  | ) **UNITED STATES MAGISTRATE JUDGE** |
| 13  vs. | ) |
|  | ) |
| 14  JEFFERSON COUNTY COLORADO | ) |
|     DEPARTMENT OF HUMAN | ) |
| 15  SERVICES DIVISION OF | ) |
|     CHILDREN, YOUTH AND | ) |
| 16  FAMILIES, | ) |
|  | ) |
| 17          Defendant. | ) |
| 18 |  |

19     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

20         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

21  parties hereby voluntarily consent to have a United States Magistrate Judge conduct any

22  and all further proceedings in the case, including trial, and order the entry of a final

23  judgment.  Appeal from the judgment shall be taken directly to the United States Court of

24  Appeals for the Ninth Circuit.

25  Dated: August 1, 2007                    RANKIN, LANDSNESS, LAHDE,
                                              SERVERIAN & STOCK
26

27

28                                      By: /s/ Michael C. Serverian
                                            MICHAEL C. SERVERIAN
                                            Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Consent to Proceed Before A United States Magistrate Judge