**\*E-FILED: 8.6.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES,<br><br>　　　　Defendant.<br>_____ / | Case No. C07-02918 HRL<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>[Re:　Docket No. 4] |

On July 10, 2007, defendant filed a "Motion for Enlargement of Time to Respond to Complaint." The court set a briefing schedule permitting plaintiff to file an opposition. No opposition has been filed, and the deadline for any such opposition has passed. In any event, having considered the motion, and good cause appearing, IT IS ORDERED THAT:

Defendant's motion is GRANTED. Defendant shall have until **August 31, 2007** to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:　August 6, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:07-cv-2918 Notice will be electronically mailed to:**

Michael C. Serverian  mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-2918 Notice will be mailed to:**

William Andrews
932 College Drive
San Jose, CA 95128

2