Case 5:07-cv-02918-HRL    Document 13    Filed 08/15/2007    Page 1 of 1

WRITER MOTT, Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Pkwy., Ste. 5500
Golden, CO 80419; Phone 303-271-8932; email wmott@jeffco.us

FILED
2007 AUG 15 P 3: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM D. ANDREWS

Plaintiff(s),

v.

JEFFERSON COUNTY COLORADO DEPT. OF HUMAN SERVICES DIV. OF CHILDREN, YOUTH AND FAMILIES,

Defendant(s).

CASE NO. C07-02918-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, WRITER MOTT, an active member in good standing of the bar of THE STATE OF COLORADO, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing THE DEFENDANT in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael C. Serverian, #133203 - Rankin, Landsness, Lahde, Serverian & Stock
96 North Third Street, Ste. 500; San Jose, California 95112; (408) 293-0463

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2007