E-FILING

RECEIVED
2007 AUG 15 PM 3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
AUG 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

WILLIAM D. ANDREWS

                Plaintiff(s),

v.

JEFFERSON COUNTY COLORADO DEPT OF HUMAN SERVICES DIV OF CHILDREN, YOUTH AND FAMILIES,

                Defendant(s).

CASE NO. C07-02918-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

WRITER MOTT, an active member in good standing of the bar of THE STATE OF COLORADO whose business address and telephone number (particular court to which applicant is admitted) is

100 Jefferson County Parkway, Ste. 5500; Golden, Colorado 80419; Phone: 303-271-8932; Fax: 303-271-8905; Email: wmott@jeffco.us

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DEFENDANT.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 8/16/07

HOWARD R. LLOYD
United States Magistrate Judge