MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

WRITER MOTT, ESQ
Assistant County Attorney
**JEFFERSON COUNTY ATTORNEYS OFFICE**
100 Jefferson County Parkway
Golden, Colorado 80419
Telephone: (303) 271-8913
Facsimile: 303) 271-8901

Attorneys for Defendant
JEFFERSON COUNTY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. ANDREWS, ) | Case No. C07-02918 HRL |
| Plaintiff, ) | **ASSOCIATION OF COUNSEL** |
| vs. ) | |
| JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES, ) | |
| Defendants. ) | |

    Michael C. Serverian, of the Rankin, Landsness, Lahde, Serverian & Stock Law Firm, attorneys for defendant JEFFERSON COUNTY, hereby associates Writer Mott, Esq. of the Jefferson County Attorneys Office as additional counsel for said defendant.

Dated: August 21, 2007        RANKIN, LANDSNESS & LAHDE
                                        SERVERIAN & STOCK

                                        By /s/ Michael C. Serverian
                                        Michael C. Serverian
                                        Attorneys for Defendant
                                        JEFFERSON COUNTY

1  I accept the foregoing association.

2

3  Dated: August 21, 2007            JEFFERSON COUNTY ATTORNEYS OFFICE

4

5

6               By /s/ Writer Mott
                   WRITER MOTT
                   Attorneys for Defendant
7                  JEFFERSON COUNTY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**ASSOCIATION OF COUNSEL**