MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

WRITER MOTT, ESQ
Assistant County Attorney
**JEFFERSON COUNTY ATTORNEYS OFFICE**
100 Jefferson County Parkway
Golden, Colorado 80419
Telephone: (303) 271-8913
Facsimile: 303) 271-8901

Attorneys for Defendant
JEFFERSON COUNTY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. ANDREWS, | Case No. C07-02918-HRL |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| vs. | |
| JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and

1 | private entities; and

2 | **(3)** Considered whether this case might benefit from any of the available dispute
3 | resolution options.

Dated: August 21, 2007

/s/ Michael C. Serverian
MICHAEL C. SERVERIAN
Attorney for Defendant
JEFFERSON COUNTY