**United States District Court**
For the Northern District of California

*E-FILED: 8.29.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES,<br><br>    Defendant. | Case No. C07-02918 HRL<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[Re:  Docket No. 15] |

Plaintiff moves for leave to proceed *in forma pauperis*. A district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action (28 U.S.C. § 1915(a)(1)). In such cases, the court also directs the U.S. Marshal to effect service of the complaint and summons. Here, plaintiff paid the requisite fee upon filing of his complaint; and, defendant evidently has already received notice of this lawsuit. Accordingly, plaintiff's application to proceed *in forma pauperis* is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   August 29, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-2918 Notice electronically mailed to:**

Michael C. Serverian mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**5:07-cv-2918 Notice mailed to:**

William Andrews
932 College Drive
San Jose, CA 95128