1  MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
3  San Jose, California  95112
   Telephone:  (408) 293-0463
4  Facsimile:  (408) 293-9514

5  WRITER MOTT, ESQ
   Assistant County Attorney
6  **JEFFERSON COUNTY ATTORNEYS OFFICE**
   100 Jefferson County Parkway
7  Golden, Colorado 80419
   Telephone: (303) 271-8913
8  Facsimile:  303) 271-8901

9  Attorneys for Defendant
   JEFFERSON COUNTY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. ANDREWS,  ) | Case No.  C07-02918-HRL |
| ) | |
| Plaintiff,  ) | **DEFENDANT JEFFERSON COUNTY'S** |
| ) | **NOTICE OF MOTION TO DISMISS** |
| vs.  ) | **PURSUANT TO FED. R. CIV. P. 12(b)(1),** |
| ) | **12(b)(2) AND 12(b)(5); MEMORANDUM OF** |
| JEFFERSON COUNTY COLORADO  ) | **POINTS AND AUTHORITIES** |
| DEPARTMENT OF HUMAN  ) | |
| SERVICES DIVISION OF  ) | Date:      October 16, 2007 |
| CHILDREN, YOUTH AND  ) | Time:      10:00 a.m. |
| FAMILIES,  ) | Judge:     Mag. Judge Howard R. Lloyd |
| ) | Dept.:     2 |
| Defendants.  ) | |

TO PLAINTIFF WILLIAM D. ANDREWS HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Jefferson County, Colorado, Division of Human Services, Division of Children, Youth and Families ("defendant") will move the court at 10:00 a.m., on October 16, 2007, to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(5) on the grounds that this court lacks jurisdiction to hear this matter and because defendant is entitled 11th Amendment immunity.

This motion will be based on this Notice of Motion and Motion, the memorandum of

1  Points and Authorities, Request for Judicial Notice filed herewith, and the pleadings and
2  papers filed herein.
3  Dated this ___ day of August, 2007.

JEFFERSON COUNTY ATTORNEY'S OFFICE
Ellen G. Wakerman, Deputy County Attorney


By: _____
    Writer Mott
    Assistant County Attorney
    100 Jefferson County Parkway, #5500
    Golden, Colorado 80149
    (303) 271-8932; Email: wmott@jeffco.us


RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK


By: _____
    Michael C. Serverian, (SBN 133203)
    96 North Third Street, Ste. 500
    San Jose, California 95112
    (408) 293-9514; Email: mserverian@rllss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of August, 2007, I filed the foregoing _____ via the U.S. District Court, Northern District, California's ECF Filing System, and I sent a true and correct copy via U.S. Mail, postage prepaid and addressed to the following:

William D. Andrews
932 College Drive
San Jose, CA 95128

_____
Lori Hill