MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California  95112
Telephone:  (408) 293-0463
Facsimile:  (408) 293-9514

WRITER MOTT, ESQ
Assistant County Attorney
**JEFFERSON COUNTY ATTORNEYS OFFICE**
100 Jefferson County Parkway
Golden, Colorado 80419
Telephone: (303) 271-8913
Facsimile:  303) 271-8901

Attorneys for Defendant
JEFFERSON COUNTY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. ANDREWS,<br><br>　　Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES,<br><br>　　Defendants. | Case No.  C07-02918-HRL<br><br>**DEFENDANT JEFFERSON COUNTY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:      October 16, 2007<br>Time:      10:00 a.m.<br>Judge:     Mag. Judge Howard R. Lloyd<br>Dept.:     2 |

　　Defendant JEFFERSON COUNTY (hereinafter "County") hereby requests this Court take judicial notice of the following pursuant to Federal Rule of Evidence 201:

　　1.　　The case of <u>People of the State of Colorado v. Andrews</u>, District Court, Jefferson County Colorado, Case No. 04JV1269, and specifically the following documents in that case attached as Exhibit A-1 to Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss:

　　　　a.　　The People's Petition for Temporary Legal Custody dated September 13, 2004;

　　　　b.　　The People's Verified Petition in Dependency or Neglect dated

1 September 14, 2004;

2     c.    The People's Motion to Terminate Parent-Child Legal Relationships
3 dated March 23, 2006;

4     d.    Respondent William Andrews' Motion to Disqualify the Jefferson
5 County Department of Children, Youth and Families dated June 16, 2006.

6    2.   The court cases attached as Exhibit A-2 to Defendant's Memorandum of
7 Points and Authorities in Support of Motion to Dismiss.  Specifically:

8     a.    <u>Hudnall v. Panola County</u>, 2007 WL 81928, (D. Nev. 2007);

9     b.    <u>Ida Simpson v. Housing Authority of the County of Lake</u>, 2005 WL
10 1838973;

11     c.    <u>Lietzke v. County of Montgomery</u>, 2007 WL 201054;

12     d.    <u>Rueter v. State of California</u>, 1988 WL 96621 (9th Cir. 1988); and,

13     e.    <u>Oyler v. City and County of Denver</u>, 1990 WL 134485.

14 Dated this 29th day of August, 2007.

JEFFERSON COUNTY ATTORNEY'S OFFICE
Ellen G. Wakerman, Deputy County Attorney


By: /s/ Writer Mott
    Writer Mott
    Assistant County Attorney
    100 Jefferson County Parkway, #5500
    Golden, Colorado 80149
    (303) 271-8932; Email: wmott@jeffco.us


RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK


By: /s/ Michael C. Serverian
    Michael C. Serverian, (SBN 133203)
    96 North Third Street, Ste. 500
    San Jose, California 95112
    (408) 293-9514; Email: mserverian@rllss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2007, I filed the foregoing **DEFENDANT JEFFERSON COUNTY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** via the U.S. District Court, Northern District, California's ECF Filing System, and I sent a true and correct copy via U.S. Mail, postage prepaid and addressed to the following:

William D. Andrews
932 College Drive
San Jose, CA  95128

/s/ Lori Hill
Lori Hill