1  MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
3  San Jose, California  95112
   Telephone:  (408) 293-0463
4  Facsimile:  (408) 293-9514

5  WRITER MOTT, ESQ
   Assistant County Attorney
6  **JEFFERSON COUNTY ATTORNEYS OFFICE**
   100 Jefferson County Parkway
7  Golden, Colorado 80419
   Telephone: (303) 271-8913
8  Facsimile:  303) 271-8901

9  Attorneys for Defendant
   JEFFERSON COUNTY
10

                    IN THE UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13  WILLIAM D. ANDREWS,              )   Case No.  C07-02918-HRL
                                     )
14          Plaintiff,               )   **[PROPOSED] ORDER GRANTING**
                                     )   **DEFENDANT JEFFERSON COUNTY'S**
15  vs.                              )   **MOTION TO DISMISS PURSUANT TO**
                                     )   **FED. R. CIV. P. 12(b)(1), 12(b)(2) AND**
16  JEFFERSON COUNTY COLORADO        )   **12(b)(5)**
    DEPARTMENT OF HUMAN              )
17  SERVICES DIVISION OF             )   **Date:      October 16, 2007**
    CHILDREN, YOUTH AND              )   **Time:      10:00 a.m.**
18  FAMILIES,                        )   **Judge:     Mag. Judge Howard R. Lloyd**
                                     )   **Dept.:     2**
            Defendants.              )
19  _____  )

20      This matter having come on for hearing before the Honorable Howard R. Lloyd on

21  October 16,  2007, at 10:00 a.m., the parties having appeared in person or by and through

22  their counsel, the judge having reviewed the parties' submissions and heard oral

23  argument and good cause appearing therefore,

24      IT IS HEREBY ORDERED THAT the motion of defendant JEFFERSON COUNTY to

25  dismiss plaintiff's Complaint pursuant FRCP 12(b)(1), 12(b)(2) and 12(b)(5) is granted,

26  and that plaintiffs' Complaint is dismissed with prejudice.

27  Dated:_____

28
                        _____
                        THE HONORABLE HOWARD R. LLOYD