MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
96 North Third Street, Suite 500
San Jose, California  95112
Telephone:  (408) 293-0463
Facsimile:  (408) 293-9514

WRITER MOTT, ESQ
Assistant County Attorney
**JEFFERSON COUNTY ATTORNEYS OFFICE**
100 Jefferson County Parkway
Golden, Colorado 80419
Telephone: (303) 271-8913
Facsimile:  303) 271-8901

Attorneys for Defendant
JEFFERSON COUNTY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. ANDREWS,<br><br>        Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES,<br><br>        Defendants. | Case No.  C07-02918-HRL<br><br>**CERTIFICATE OF SERVICE AS TO DEFENDANT JEFFERSON COUNTY'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) AND 12(b)(5); MEMORANDUM OF POINTS AND AUTHORITIES** |

I hereby certify that on the 29th day of August, 2007, I filed the foregoing **DEFENDANT JEFFERSON COUNTY'S NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1), 12(b)(2) and 12(b)(5); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**) via the U.S. District Court, Northern District, California's ECF Filing System (e-filed August 29, 2007, Document Number 22), and I sent a true and correct copy via U.S. Mail, postage prepaid and addressed to the following:

    William D. Andrews
    932 College Drive
    San Jose, CA  95128

            /s/ Lori Hill
               Lori Hill