**\*E-FILED: 8.31.2007\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS, | No. C07-02918 HRL |
| Plaintiff, | **CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT the Initial Case Management Conference set for September 11, 2007, 1:30 p.m. has been **continued to November 13, 2007, 1:30 p.m. in Courtroom 2**. All deadlines set in the "Order Setting Initial Case Management Conference and ADR Deadlines" are adjusted accordingly.

Dated: August 31, 2007

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-2918 Notice electronically mailed to:**

Michael C. Serverian mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-2918 Notice mailed to:**

William Andrews
932 College Drive
San Jose, CA 95128

2