1  MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 North Third Street, Suite 500
3  San Jose, California  95112
   Telephone:  (408) 293-0463
4  Facsimile:  (408) 293-9514

5  WRITER MOTT, ESQ
   Assistant County Attorney
6  **JEFFERSON COUNTY ATTORNEYS OFFICE**
   100 Jefferson County Parkway
7  Golden, Colorado 80419
   Telephone: (303) 271-8913
8  Facsimile:  303) 271-8901

9  Attorneys for Defendant
   JEFFERSON COUNTY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. ANDREWS, | ) | Case No.  C07-02918-HRL |
|---|---|---|
| Plaintiff, | ) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | ) | |
| JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES, | ) | |
| Defendants. | ) | |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court adapt it as its Case Management Order.

**A.   DESCRIPTION OF CASE.**

  **1.   Statement of Facts.**

  **(a)   Plaintiff:**   My Children Were Removed From Their Mothers Custody But As Of Today Have Not Been Returned To Me. Neither The Childrens Code, National Or Colorado State, The Welfare Code, Civil Or Civil Rights, Both State And Constitutional

Have Been Violated By Myself And Yet The Human Services Of Colorado Have Kept My Children.

For Over Two And One Half Years The Human Service Have Refused To Give Me An Answer Per The Law On My Children. Nor Have They Accused Me Of Any Valid Charge. Even This Trial Was The One That Should Have Been Filed In 2005. I Was Advised On May 31, 2007 That Colorado Had Deceived Me Even In This. Thus The Correct Court Filing Two Years Late.

**(b)** **Defendants:** With ongoing child custody proceedings being litigated in Jefferson County, Colorado since September 14, 2004, (*PEOPLE OF THE STATE OF COLORADO In the Interest of LAUREN ELIANA ANDREWS, CANDACE JOY ANDREWS, ALEX ASA ANDREWS, AND TYRESE COLIN ELIAS ANDREWS, Children, and concerning DELORES ANDREWS and WILLIAM ANDREWS, Respondents*, Jefferson County District Court Case Number 04-JV-1269) plaintiff William Andrews filed the instant action in federal court to intervene in those proceedings and to have the federal court decide the child custody dispute.

**2.** **Principal Factual Issues That Are In Dispute:**

**The Plaintiff has not provided a list of factual issues**.

**At this point, the Defendant's factual issues include**:

(a)  Whether the court has personal jurisdiction to hear this matter;
(b)  Whether the court has subject matter jurisdiction to hear this matter;
(c)  The applicability of the Younger abstention doctrine;
(d)  The applicability of the domestic relations exception to diversity jurisdiction which mandates that federal courts decline jurisdiction in actions for child custody even if diversity of citizenship exists;
(e)  The applicability of 11th Amendment immunity.

**3.** **Principal Legal Issues That the Parties Dispute Are:**

**Plaintiff's list of legal issues are as follows:**

Guidelines For Reuniting Families Not Followed. ** Guidelines For Not Changing Counties When A Stated Conflict Is Pursued That Appears To Be Unfairness Of The Law. Hostility That Declares That My Children Will Be In The System Until 18 Or Adopted

Out No Matter What. A Trail That Reads Adoption Is The Only Option For My Children. A Paper Trail That Looks Like A Mental Conspiracy. Brainwashing Of My Children In An Effort To Turn Them From My Home Including Blatant Accusations Against Me, And Verified Lies On Their Own Associates In An Effort To Keep My Children, My Girls Especially.

Failure To Abide By The Written Laws Of Foster Care And Out Of Home Placement Has Resulted In Physical, Sexual And Verbal Abuse. Alcohol, Sex, Violence Followed My Children Inside The Homes And Now The Charge Of Being A Juvenile Runaway Is Placed Upon My Children Because They Ran Away To Be With Their Family.

**Defendant's list of legal issues are as follows:**

(a) Whether plaintiff is entitled to the relief sought.
(b) Whether plaintiff's civil rights were violated.
(c) Application of any immunities afforded defendant under state or federal law.

**4.  Other Factual Issues**

None at this time.

**5.  Service of Parties**

The only Defendant named in this case has filed a Fed. R. Civ. P. 12(b)(1), (2) and (5) motion to dismiss. Defendant disputes whether it has been properly served in this case.

**6.  Additional Parties To Be Joined.**

None.

**B.  ALTERNATIVE DISPUTE RESOLUTION.**

Plaintiff elects non-binding arbitration.

Defendant elects early neutral evaluation (ENE).

**C.  CONSENT TO JURISDICTION BY MAGISTRATE JUDGE**

Defendant has consented to proceed before Magistrate Lloyd.

**D.  DISCLOSURES**

The parties certify that they have made the following disclosures:

**1.     Persons Disclosed By Plaintiffs:**

I Am Only Interested In Calling Those Involved With Knowledge. I Would Like The Children Age 14,15,16,18, To Tell Their Stories. I Will In No Wise *(sic)* Coach Them.

**2.     Persons Disclosed By Defendant:**

(a)  Leslie Ropel, Caseworker, Jefferson County Department of Human Services, Division of Children, Youth and Families; 900 Jefferson County Parkway, Golden, Colorado 80419; Phone: 303-271-1388, has information related to the pending state child custody dispute.

(b)  Carrie Emmot, Caseworker, Jefferson County Department of Human Services, Division of Children, Youth and Families; 900 Jefferson County Parkway, Golden, Colorado 80419; Phone: 303-271-1388, has information related to the pending state child custody dispute.

(c)  Natalie Mall, Program Manager (Child Protection), Jefferson County Department of Human Services, Division of Children, Youth and Families; 900 Jefferson County Parkway, Golden, Colorado 80419; Phone: 303-271-1388, has information related to the pending state child custody dispute.

(d)  Janine Iacino, Case Aide, Jefferson County Department of Human Services, Division of Children, Youth and Families; 900 Jefferson County Parkway, Golden, Colorado 80419; Phone: 303-271-1388, has information related to the pending state child custody dispute.

(e)  Brenda Armour, former Intake Officer, no longer employed by Jefferson County, has information related to the pending state child custody dispute.

(f)  Tanis Doyle, Intake Supervisor, Jefferson County Department of Human Services, Division of Children, Youth and Families; 900 Jefferson County Parkway, Golden, Colorado 80419; Phone: 303-271-1388, has information related to the pending state child custody dispute.

(g)  Holly-Haman-Marcum, Program Manager Delinquency Services, Jefferson County Department of Human Services, Division of Children, Youth and Families; 900 Jefferson County Parkway, Golden, Colorado 80419; Phone: 303-271-1388, has information related to the pending state child custody dispute.

(h)  Jean Broadnax, former Caseworker, no longer employed by Jefferson County, has information related to the pending state child custody dispute.

(i)  Russell Stouffer, former Supervisor, no longer employed by Jefferson County, has information related to the pending state child custody dispute.

(j)  Tim Carabello, former Program Manager, no longer employed by

Jefferson County, has information related to the pending state child custody dispute.

3. **Documents Disclosed By Plaintiff:**

 (a) Selected Daily Reports;

 (b) Colorado Human Service Code;

 (c) Volume Of Child Welfare Services (12ccr 2509-4);

 (d) Findings Of Congress 12301;

 (e) 14th Amendment;

 (f) 8th Amendment;

 (g) Children Code.

4. **Documents Disclosed By Defendant:**

 (a) Court files, including pleadings, D&N petitions, court orders, and other documents submitted to or entered by the court in Jefferson County;

 (b) Mental health evaluations and treatment plans, including monthly progress reports on each child;

 (c) Documents with regard to ICPC Homestudy, including homestudy requests and related materials;

 (d) Monthly reports submitted by placement providers;

 (e) School records, including report cards for each child;

 (f) Medical records and immunization records;

 (g) Jefferson County Division of Youth and Families case file documents including report contact sheets tracking all communication regarding this matter and correspondence from the Plaintiff;

 (h) Police reports.

5. **Calculations of Damages:**

 **Plaintiff:**

 **Defendant:** The Defendant is not seeking damages in this matter as the Defendant has not asserted any affirmative claims. The Defendant does reserve the right to seek attorneys' fees and costs, as appropriate.

5
Joint CMC Statement

### E. EARLY FILINGS OF MOTIONS

Defendant has filed a Fed. R. Civ. P. 12(b)(6) motion to dismiss.

### F. DISCOVERY

The parties hereby suggest the following discovery plan:

| | |
|---|---|
| Depositions (excluding experts): | Ten |
| Interrogatories: | 30 to each party |
| Independent Medical Examinations: | Unknown |
| Request for production: | 20 to each party |
| Request for admissions: | 20 to each party |

### G. TRIAL

Defendant believes it is premature to select a trial date at this point in the proceedings.

### H. SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civil L.R. 16-12, each of the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the court and private entities and has considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 4, 2007         JEFFERSON COUNTY ATTORNEY'S OFFICE
                                  Ellen G. Wakeman, Deputy County Attorney


                                  By: */s/ Writer Mott*
                                      WRITER MOTT
                                      Assistant County Attorney
                                      100 Jefferson County Parkway
                                      Suite 5500
                                      Golden, Colorado 80419
                                      Phone: (303) 271-8932
                                      Fax: (303) 271-8905
                                      Email: wmott@jeffco.us

**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**

By: */s/ Michael C. Serverian*
Michael C. Serverian (SBN 133203)
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

. . . . . . . . . .   *Attorneys for Defendant*
*JEFFERSON COUNTY*

Dated: September 4, 2007   By: */s/ William D. Andrews*
WILLIAM D. ANDREWS
*Plaintiff in Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2007, I filed the foregoing **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** via the U.S. District Court, Northern District, California's ECF Filing System, and I sent a true and correct copy via U.S. Mail, postage prepaid and addressed to the following:

William D. Andrews
932 College Drive
San Jose, CA 95128

*/s/ Lori Hill*
Lori Hill