LAW OFFICES
# RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: rankinlaw@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

**SAN CARLOS OFFICE**
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

August 31, 2007

William D. Andrews
932 College Drive
San Jose, CA 95128-3610

Re:   William D. Andrews v. Jefferson County Colorado Department of Human Services Division of Children
      U.S. District Court No. C07 02918 HRL

Dear Mr. Andrews:

This letter is to advise that documents you have attempted to efile and serve on defendant have not been received by either the court or our office. Those documents include the following:

| | |
|---|---|
| Document No. 15 | Motion for leave to Proceed In Forma Pauperis |
| Document No. 16 | ADR Certification by Parties and Counsel |
| Document No. 19 | Motion to Appoint Counsel filed by William Andrews |
| Document No. 20 | Consent to Proceed Before a US Magistrate Judge |

Please provide this office with copies of the above immediately. You are obligated to serve all opposing counsel with anything you serve on the court. Should you have any questions, please feel free to give me a call.

Very truly yours,

MICHAEL C. SERVERIAN

MCS/lh
cc:   Magistrate Judge Howard Lloyd (via facsimile, efile and U.S. Mail)
      Mr. Writer Mott (via U.S. mail)
      Assistant County Attorney