# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

# Civil Minute Order

Date: October 16, 2007                                               Time in Court: 1 min

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** William Andrews v. Jefferson County Colorado Department of Human Services
**CASE NUMBER**: C07-02918HRL
Plaintiff Attorney present: Not Present
Defendant Attorney present: Michael Serverian

---

**PROCEEDINGS: Defendant's Motion to Dismiss**

Plaintiff not present.

Matter is taken under submission.  Court to issue written ruling.