**\*E-FILED 10/16/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM D. ANDREWS, | Case No. C07-02918 HRL |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JEFFERSON COUNTY COLORADO DEPARTMENT OF HUMAN SERVICES DIVISION OF CHILDREN, YOUTH AND FAMILIES, | |
| Defendant. | |

This court having granted defendant's motion to dismiss for lack of subject matter jurisdiction, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered and that plaintiff take nothing by his complaint.

Dated: October 16, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-2918 Notice electronically mailed to:**

Michael C. Serverian mserverian@rllss.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:07-cv-2918 Notice mailed to:**

William Andrews
932 College Drive
San Jose, CA 95128

2